IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JEFFERY PROSSER,<br><br>Plaintiff,<br>v.<br><br>PROSPECT AIRPORT SERVICES, INC.,<br><br>Defendant. | REPORT AND RECOMMENDATION<br><br>Case No. 2:21-cv-00612--DBB-DBP<br><br>District Judge David B. Barlow<br><br>Chief Magistrate Judge Dustin B. Pead |

On November 23, 2022, Defendant filed a motion to dismiss based upon Plaintiff's failure to enter an appearance on the record following the court granting Plaintiff's Counsel's renewed motion to withdraw. (ECF No. 25.) According to Plaintiff's prior counsel, Mr. Prosser has "gone dark" and has failed to communicate or pursue this matter. After Plaintiff failed to file any timely opposition to Defendant's motion to dismiss, the court entered an order to show cause on December 14, 2022. (ECF No. 29.) In that order the court directed Plaintiff to show cause within 21 days why this case should not be dismissed, and Defendant's motion granted. The court warned Plaintiff that a failure to respond would result in dismissal of the case. To date, Plaintiff has yet to file any response to the court's order to show cause.

### RECOMMENDATION

Based upon the foregoing and record before the court, the undersigned recommends that this matter be dismissed.

Copies of this Report and Recommendation are being sent to all parties who are hereby notified of their right to object. Within **fourteen (14) days** of being served with a copy, any party

may serve and file written objections. *See* 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(b).  Failure to object may constitute a waiver of objections upon subsequent review.

DATED this 30 January 2023.

_____
Dustin B. Pead
United States Magistrate Judge