THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| **JEFFERY PROSSER**, <br><br> Plaintiff, <br><br> v. <br><br> **PROSPECT AIRPORT SERVICES, INC.**, <br><br> Defendant. | ORDER ADOPTING [30] REPORT AND RECOMMENDATION <br><br> Case No. 2:21-cv-00612-DBB-DBP <br><br> District Judge David Barlow <br><br> Chief Magistrate Judge Dustin B. Pead |

The Report and Recommendation[1] issued by United States Chief Magistrate Judge Dustin B. Pead on January 30, 2023 recommends the court dismiss Plaintiff's action for failure to prosecute and failure to comply with a court order.[2] The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72.[3] No party filed an objection. Because no party filed a written objection to the Report and Recommendation by the specified deadline, and because Magistrate Judge Pead's analysis and conclusion are sound, the court ADOPTS the Report and Recommendation. Accordingly, Plaintiff's action is DISMISSED without prejudice.

Signed February 22, 2023.

BY THE COURT

_____
David Barlow
United States District Judge

---

[1] ECF No. 30, filed January 30, 2023.
[2] *Id.* at 1.
[3] *Id.* at 1–2.